UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  BONITA B. PHILLIPS and
JEFFREY S. PHILLIPS

EPIC AVIATION,

       Appellant,

v.                                                Case No:   2:15-cv-786-FtM-38

BONITA B. PHILLIPS and JEFFREY
S. PHILLIPS,

       Appellees.

## **ORDER**[1]

This matter comes before the Court on the Appellant, Epic Aviation, LLC, and the Appellees, Bonita B. Phillips and Jeffrey S. Phillips ' Agreed Motion for and Stipulation to Dismiss ([Doc. #4](#)) filed on February 4, 2016.  The Parties have informed the Court that the matter has been settled.  Pursuant to Fed. R. Bk. P. 8023:

> The clerk of the district court or BAP must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due.  An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the district court or BAP.

The Parties in this case have informed the Court that each Party will bear their own costs and attorney's fees.  Thus, the appeal is due to be dismissed.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

1. The Appellant, Epic Aviation, LLC's Appeal is hereby **DISMISSED**.

2. The Clerk of the Court shall enter judgment accordingly, transmit a copy of this Order and the Judgment to the Clerk of the Bankruptcy Court, terminate the appeal, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record